In the Matter of the Probate of the Last Will and Testament of Anna Eliza (McCreedon) Lawlor, Deceased.— Motion to dismiss appeal granted.    Present— Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Herman Scherzer, Respondent, v. Sarah Martin, Pauline Beck, John A. Fitzpatrick and Zachary T. Brew, Appellants.— Motion to dismiss appeal granted.  Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Alvil Van Wagoner for Admission to the Bar.— Motion granted.    Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.    ·

In the Matter of the Judicial Settlement of the Account of Proceedings of Hugo Wantzelius, as General Guardian of Camille J. N. Kainer, an Infant.   Hugo Wantzelius and Ætna Indemnity Company, Appellants.   In the Matter of the Judicial Settlement of the Account of Proceedings of Hugo Wantzelius, as General Guardian of Edythe M. Kainer, an Infant.— Motion for resettlement denied.    Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

George Osgood Lord, Respondent, v. Citizens' Steamboat Company, Appellant.— Motion to resettle order denied.  Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Annie Lynch, Respondent, v. The Shanley Company, Appellant.— Motion to resettle order by a recital that the reversal was upon questions of law only, the facts having been examined and no error found therein, granted.   The court, in rendering its decision, did not regard the minority of the plaintiff at the time of her employment and the accident as controlling.  Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Conrad Muller, Jr., Respondent, v. Union Railway Company of New York City, Appellant.— Motion to open default granted, and motion set down for hearing on June 18, 1906, at one o'clock P. M.   Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Theodore De Noyelles, Relator, v. The Board of Supervisors of Rockland County, Respondent.— Motion granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Harry M. Fisher, Relator, v. The Board of Supervisors of Rockland County, Respondent.— Motion granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Henry Long, Relator, v. The Board of Supervisors of Rockland County, Respondent.— Motion granted. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. William M. Lawson, Appellant, v. Lena L. Lawson, Respondent.— Motion granted and order modified.  Settle order on notice.  Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Solomon L. Reiss, as Surviving Partner, etc., Appellant, v. William Pfeiffer, as Executor, etc., of Minnie Pfeiffer, Deceased, and the United States Fidelity and Guaranty Company, Respondents.— Motion to dismiss appeal denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Marguerite Sunderland, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied.    Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Edward Albertson, Respondent, v. Anna Albertson, Appellant, Impleaded with Annie Cassell (Formerly Annie Albertson) and Others.— Order of the county judge of Nassau county affirmed, with ten dollars costs and disbursements.  No opinion.  Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.    ·

Hans Andersen, Respondent, v. New York Edison Company, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

William J. Balmain, an Infant, by Mary Balmain, His Guardian ad Litem, Respondent, v. Abraham Abraham and Others, Appellants.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, Hooker, Rich and Miller, JJ.